1
2
3
4
5
6
7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   Megan Lacasse, individually, and on behalf of        No. 2:20-cv-01186-KJM-AC
     other members of the general public similarly
11   situated,                                            ORDER

12                          Plaintiff,

13          v.

14   Usana Health Sciences, Inc., a Utah
     corporation; and Does 1 through 100, inclusive,
15
                            Defendants.
16

17

18          On January 25, 2021, defendant Usana Health Sciences, Inc. filed an ex parte application

19   to shorten time for hearing on their motion for temporary stay of remand.  *See* ECF No. 22.

20   Defendants requested their matter be heard before February 11, 2021.  *See* ECF No. 22.  The

21   court denies this ex parte application as moot.  Motion related briefing deadlines regarding

22   defendants' motion for temporary stay, ECF No. 20, remain as provided by Local Rule 230.  The

23   court will take the matter under submission after receiving the parties' briefs, including reply

24   briefs, if any, as provided by Local Rule 230(d).  If the court determines that oral argument is

25   needed, it will be scheduled at a later date.

26          This order resolves ECF No. 22.

27          IT IS SO ORDERED.

28   DATED:  February 16, 2021.

                                                   _____
                                                   CHIEF UNITED STATES DISTRICT JUDGE